IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KNIGHTBROOK INSURANCE Co.          :        CIVIL ACTION
                                   :
        v.                         :
                                   :        13-2961
DNA AMBULANCE, CERTAIN             :
UNDERWRITERS AT LLOYD'S, LONDON    :
SUBSCRIBING TO POLICY NUMBER       :
C5P31288 a/s/o MARIANNA            :
ARAKELOVA AND NORTHLAND            :
INSURANCE COMPANY                  :

<u>ORDER</u>

AND NOW, this 10th day of September, 2013, upon

consideration of the Court's conversation with counsel at

today's Rule 16 conference, wherein the Court raised concern

regarding the appropriateness of a declaratory judgment action

in this Court given the pendency of a parallel proceeding in the

Court of Common Pleas of Philadelphia County under the teaching

of <u>Brillhart v. Excess Ins. Co. of America</u>, 315 U.S. 491 (1942),

and <u>Wilton v. Seven Falls Co.</u>, 515 U.S. 277 (1995), as well as

under <u>State Auto Ins. Cos. v. Summy</u>, 234 F.3d 131 (3d Cir.

2000), it is hereby ORDRED that:

        1.    By noon on September 24, 2013, the parties shall

SUBMIT their views regarding the applicability of the cited

jurisprudence to the appropriateness of this Court exercising

its discretionary jurisdiction in this matter; and

2.     Further scheduling, if any, shall ABIDE the Court's resolution of this question after consideration of the parties' briefing.

BY THE COURT:

/s/ Stewart Dalzell, J.
Stewart Dalzell, J.