IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KNIGHTBROOK INSURANCE CO. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 13-2961 |
| DNA AMBULANCE, INC., CERTAIN | : | |
| UNDERWRITERS AT LLOYD'S, | : | |
| LONDON SUBSCRIBING TO | : | |
| POLICY NUMBER C5P31288 a/s/o | : | |
| MARIANNA ARAKELOVA AND | : | |
| NORTHFIELD INSURANCE CO. | : | |

FILED
DEC 16 2013

## ORDER

AND NOW, this 16th day of December, 2013, upon consideration of plaintiff Knightbrook Insurance Co.'s ("Knightbrook") motion for reconsideration (docket entry # 22), defendant Certain Underwriters at Lloyd's, London's ("Lloyd's") response in opposition, and Knightbrook's motion for leave to file a reply to that response (docket entry # 24), and based on the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Knightbrook's motion for leave to reply is GRANTED; and

2. Knightbrook's motion for reconsideration is DENIED.

BY THE COURT:

_/s/ Stewart Dalzell_
Stewart Dalzell, J.